IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGDALIA ACEVEDO,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN,<br><br>    Defendant. | CIVIL ACTION<br>NO. 12-3658 |

## ORDER

AND NOW, this 18th day of August 2015, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Linda K. Caracappa (Doc. No. 14), and upon independent review of the briefs filed by the parties, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 14) is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **DENIED**; and

3. Judgment in this matter is entered in favor of **DEFENDANT**.

BY THE COURT:

/s/ Joel Slomsky
JOEL H. SLOMSKY, J.